# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Gonzalez ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 07 M J 2867 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States ~~District/~~Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a ~~material~~ witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

I.H.E.

DATED: 12/27/07

RECEIVED _____
            DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
          by _____
              Deputy Clerk