# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               )
                                  )
         Plaintiff        )    CRIMINAL NO. 07 MJ 2867
                                  )
        vs.             )    ORDER
                                  )    RELEASING MATERIAL WITNESS
     Gonzalez      )
                              )    Booking No.
      Defendant(s)     )
_____)

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

## V. H. E

DATED: 12/27/07

RECEIVED _____
            DUSM

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
             Deputy Clerk