FILED

DEC 27 2007

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           MB           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3461-W |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) – Transportation of Illegal Aliens and Aiding and Abetting |
| SAMUEL GONZALEZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about December 9, 2007, within the Southern District of California, defendant SAMUEL GONZALEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Carlos Martinez-Juarez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 12/27/07.

KAREN P. HEWITT
United States Attorney

*for* DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
12/13/07