AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| SAMUEL GONZALEZ | CASE NUMBER: 07CR 3461 - W  07MJ2867 |

I, SAMUEL GONZALEZ, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 12-27-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Samuel Gonzalez_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer

FILED
DEC 27 2007
SOUTHERN DISTRICT OF CALIFORNIA
BY _MB_ DEPUTY